**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

In re:  )  Bankruptcy No.: 19-30064
    )  R.S. No.: GB-1
CYNTHIA ANN SMITH  )  Hearing Date: August 8, 2019
    )  Time:1: 00 p.m.
Debtor(s)  )
_____  )

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)    Date Petition Filed: 01/19/2019    Chapter: 11
    Prior hearings on this obligation: None.    Last Day to File §523/§727 Complaints: 04/29/2019

(B)    Description of personal property collateral (e.g. 1983 Ford Taurus):

    Secured Creditor [ ] or lessor [ ]
    Fair market value: $_____    Source of value: _____
    Contract Balance: $_____    Pre-Petition Default: $_____
    Monthly Payment: $_____    No. of months: _____
    Insurance Advance: $_____    Post-Petition Default: $_____
        No. of months: _____

(C)    Description of real property collateral (e.g. Single family residence, Oakland, CA): Single Family Residence located at 1539 Laurel Place, Menlo Park, CA 94025.

    Fair market value: $ 2,500,000.00    Source of value: Schedule A    If appraisal, date: _____

    Moving Party's position (first trust deed, second, abstract, etc.): First Deed of Trust

    Approx. Bal. $1,323,384.39    Pre-Petition Default: $ 321,287.99
    As of (date): 05/31/2019    No. of months: 64
    Mo. payment: $ 5,523.76    Post-Petition Default: $ 24,107.54
    Notice of Default (date): 10/8/2017    No. of months: 5
    Notice of Trustee's Sale: 06/15/2016    Advances Senior Liens: $_____

    Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $1,302,376.32 | $5,523.76 | $345,395.53 |
| 2nd Trust Deed: | $ | $ | $ |
| See Schedule D filed herewith : | | | |
| (Total) | $2,167,946.29 | $ | $ |

Other pertinent information: Debtor failed to submit loss mitigation package and was issued a denial/cancellation as a result.

Dated: 07/18/2019        /s/ L. Bryant Jaquez
        Signature

        Lemuel Jaquez
        Print or Type Name

        Attorney for Movant