

Signed and Filed: January 2, 2020

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
J. BARRETT MARUM,
Cal. Bar No. 228628
MATT R. KLINGER,
Cal. Bar No. 307362
379 Lytton Avenue
Palo Alto, California 94301-1479
Telephone:    650.815.2600
Facsimile:    650.815.2601
E mail        bmarum@sheppardmullin.com
              mklinger@sheppardmullin.com

Attorneys for Creditor,
WVJP 2017-1, LP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Cynthia A. Smith,<br><br>      Debtor. | Case No. 19-30064<br><br>Chapter 11<br><br>**ORDER GRANTING RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1)** |

Creditor WVJP 2017-1, LP's ("WVJP") motion for relief from stay filed on August 15, 2019 as Dkt. No. 95 (the "Motion") came before this Court for hearing on September 5, 2019. The Court, having reviewed the Motion, the pleadings and evidence filed in support of the Motion, the Debtor's opposition to the Motion, the arguments of counsel at the hearing on the Motion, the *Order Continuing Hearings on Motion for Relief from Stay and Setting Deadlines* entered by this Court on September 6, 2019 as Dkt. No. 118, and the *Declaration of Matt Klinger* in support of the Motion filed on January 2, 2019 as Dkt. No. 184, finding good cause for the relief requested in the Motion,

**HEREBY ORDERS THAT:**

1. The Motion is GRANTED in part.
2. WVJP is granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1).

***END OF ORDER***

U.S. Mail Service List

Cynthia A. Smith
1539 Laurel Pl.
Menlo Park, CA 94025-3123

D. Randall Ensminger
Ensminger Law Offices, P.C.
570 Fifth Street
Lincoln, CA 95648

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave., 5th Flr, #05-0153
San Francisco, CA 94102-3661

Rushmore Mortgage
P.O. Box 52708
Irvine, CA 92619

Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280

Florist Transworld Delivery, Inc.
c/o Gaba Law Corp.
23151 Verdugo Drive, Suite 104
Laguna Hills, CA 92653

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812

Grant & Weber Corp.
26575 W. Agoura Road
Calabasas, CA 91302

Holly Millar
1740 Broadway #701
San Francisco, CA 94109

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Nelida Cortez Contreras
132 Alameda De Las Pulgas
Redwood City, CA 94062

Reyna Vasquez
c/o Stanford Community Law Clinic
2117 University Avenue, Suite A
Palo Alto, CA 94303

Western States Land Corp.
c/o Mark J. Solomon, Esq.
702 Marshall Street
Redwood City, CA 94063

Labor Commissioner
Department of Industrial Relations
Division of Labor Standards Enforcement
100 Paseo De San Antonio, #120
San Jose, CA 95113

State Farm Insurance
One State Farm Plaza, D2
Bloomington, IL 61710

California Water Service
PO Box 51967
Los Angeles, CA 90051

Ford Motor Credit
1 Waverley Drive
Frederick, MD 21702

PG&E
PO Box 997300
Sacramento, CA 95899

Recology
225 Shoreway Road
San Jose, CA 95131

United Wholesale Florist
2510 Channing
San Jose, CA 95131

Verizon Wireless
PO Box 26055
Minneapolis, MN 55426

Yelp Finance
140 New Montgomery Street, 9th Floor
San Francisco, CA 94105

| | |
|---|---|
| 1 | Gregory C. Cattermole<br>477 Ninth Avenue, Suite 101 |
| 2 | San Mateo, CA 94402-1854 |
| 3 | United Wholesale Flowers<br>PO Box 1547 |
| 4 | Mandeville, LA 70470-1547 |
| 5 | California Dept. of Tax & Fee<br>Administration |
| 6 | Special Ops, MIC: 55<br>PO Box 942879 |
| 7 | Sacramento, CA 94279-0055 |
| 8 | SN Servicing Corporation<br>323 Fifth St. |
| 9 | Eureka, CA 95501-0305 |
| 10 | Chief Tax Collection Section<br>Employment Development Section |
| 11 | P.O. Box 826203<br>Sacramento, CA 94230-0001 |
| 12 | |
| 13 | Brian M. Kandel, Esq.<br>Sadri & Kandel LLP<br>4633 Old Ironsides Drive, Suite 115 |
| 14 | Santa Clara, CA 95054 |
| 15 | Lemuel B. Jaquez, Esq.<br>Ghidotti Berger LLP |
| 16 | 1920 Old Tustin Ave.<br>Santa Ana, CA 92705 |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |