

Kristin A. Zilberstein, Esq. (200041)
L. Bryant Jaquez, Esq., (252125)
GHIDOTTI BERGER, LLP
1920 Old Tustin Avenue
Santa Ana, CA 92705
Telephone: (949) 427-2010
Facsimile No.: (949) 427-2732
Email: bjaquez@ghidottiberger.com

Signed and Filed: January 7, 2020

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

Attorneys for Secured Creditor
U.S. Bank Trust National Association,
as Trustee of the Lodge Series III Trust,
its successors and assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CYNTHIA ANN SMITH,<br><br>        Debtor. | Case No. 19-30064<br><br>Chapter 11<br><br>ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br><br><br><br>Honorable Judge Hannah L. Blumenstiel |

     Movant, U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust's ("Movant") motion for relief from stay filed on July 18, 2019 as Dkt. No. 81 (the "Motion") came before this Court for hearing on September 5, 2019.

     The Court, having reviewed the Motion, the pleadings and evidence filed in support of the Motion, the Debtor's opposition to the Motion, the arguments of counsel at the hearing on

the Motion, the Order Continuing Hearings on Motion for Relief from Stay and Setting Deadlines entered by this Court on September 6, 2019 as Dkt. No. 118, and the Declaration of L. Bryant Jaquez in support of the Motion filed on January 6, 2020, finding good cause for the relief requested in the Motion,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to 11 USC 362(d)(1), Movant's Motion is hereby granted.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy case is immediately terminated and extinguished for all purposes as to Movant, U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust, its assignees and/or successors in interest, and Movant may proceed with a foreclosure of and hold a Trustee's Sale on the subject property, generally described as 1539 Laurel Place, Menlo Park, CA 94025 ("Property" herein) and legally described as

> THE FOLLOWING DESCRIBED PROPERTY LOCATED IN THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA:
>
> LOT 11, AS DESIGNATED ON THE MAP ENTITLED, LAUREL MANOR, MELO PARK, SAN MATEO COUNTY, CALIFORNIA WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON SEPTEMBER 28, 1950 IN BOOK 32 OF MAPS AT PAGE 19.

pursuant to applicable state law, and commence any action necessary to obtain complete possession of the subject Property.

                              ** END OF ORDER **

COURT SERVICE LIST